# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| DOUGLAS J VANDERPOL,<br><br>     Plaintiff,<br><br>  v.<br><br>STEVE SWINGER,<br><br>     Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: C12-773-MJP |

    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

  THE COURT HAS ORDERED THAT summary judgment is entered in favor of Plaintiff Douglas Vanderpol and against Defendant Steve Swinger.  (Dkt. No. 71.)  All other claims between Plaintiff and Defendant United States of America have been resolved through a stipulated order.  (Dkt. No. 99.)

  Dated June 4, 2013.

                      William M. McCool   
                      Clerk of Court

                      s/Mary Duett     
                      Deputy Clerk